UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

Plaintiff,

-against-

POLICE DEPARTMENT 19TH PRECINCT (NYPD) ET AL,

Defendants.

25-cv-9101 (LLS)

CIVIL JUDGMENT

For the reasons stated in the August 6, 2026, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated: August 12, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge